UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MARY M. BROWN | CIVIL ACTION NO. 2:17-CV-969 |
| v. | |
| PROTECTIVE INSURANCE CO., ET AL. | JUDGE DONALD E. WALTER |
| | MAGISTRATE JUDGE KAY |

## ORDER

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Rec. Doc. 17) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Mary M. Brown's Motion to Remand (Rec. Doc. 10) is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE